JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORDAN JOSUE GONZALEZ REYES,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. EDCV 26-5940 PVC<br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order Granting Petition and Immediate Release,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED and Judgment is entered in favor of Petitioner.

IT IS FURTHER ORDERED THAT:

(1) Respondents are ordered to immediately release Petitioner **Jordan Josue Gonzalez Reyes (A-number 246-114-030)** and reinstate his parole pursuant to the terms of his prior reporting requirements;

(2) Respondents are permanently enjoined from re-detaining Petitioner without first providing at least seven days' notice and a pre-deprivation bond hearing before a neutral adjudicator at which the Government must bear the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community, and at which the adjudicator must conduct an individualized assessment of Petitioner's suitability for bond in light of the foregoing standard;

(3) Respondents shall file within two days of the date of the Court's Order, a status report confirming Petitioner's release; and

(4) Any fee motion must be filed within the deadlines set by the Equal Access to Justice Act, 28 U.S.C. § 2412, and this Court's Local Rules; the Court retains jurisdiction to adjudicate any such motion or other collateral enforcement issues.

Dated: October 22, 2026

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE